UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADDINGTON STEWART, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:04CV885 RWS |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a hearing will be held on **November 9, 2005, at 2:00 p.m.** in Courtroom 10 South.

**IT IS FURTHER ORDERED** that any supplemental briefs on discovery issues pending before the Court shall be filed no later than **November 7, 2005**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2005.