UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADDINGTON STEWART, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 4:04CV00885 RWS |
| CITY OF ST. LOUIS, | ) |
| Defendant. | ) |

*So Ordered* [signature] 11/23/05

### STIPULATION FOR A PROTECTIVE ORDER IN CONNECTION WITH BARRETT TEST MATERIALS

Come now the parties hereto, by and through their respective counsel, and hereby make the following Stipulation for Protective Order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure:

1. In compliance with the directives of the Court and in an effort to resolve a discovery dispute, Defendant has agreed to make all materials, pertaining the 2000 promotional examinations for the positions of fire captain and fire battalion chief presently in the possession of Barrett & Associates ("the materials"), available for review and copying by Plaintiffs.

2. Defendant City, after consultation with Dr. Gerald Barrett and certain of his employees, has determined that some of the materials produced contain information which Barrett & Associates alleges is proprietary and, additionally, that some of the materials contain personal information pertaining to individuals other than Plaintiffs.

3. While not agreeing that the materials at issue here are discoverable, in order to resolve the discovery dispute pertaining to these materials, Defendant City has agreed to produce them subject to the following terms:

   a. The materials shall be reviewed only at the offices of the City Counselor for the City of St. Louis at a date(s) and time(s) mutually agreeable to the plaintiffs, intervenors and the City.

   b. Access to the materials shall be strictly limited to the attorneys of record, and their paralegals and/or clerical employees for purposes of "d" below, and declared experts for the parties to whom they are produced. None of the individuals or organizational parties shall have access to these materials or any portion thereof.

   c  Each party shall bear its own costs of copying.

   d  Defendant will permit copying of the materials by professional copying services, or by paralegals and/or clerical personnel in the employ of counsel for the parties.

   e  Any and all copies of the materials produced shall be returned to Defendant City at the conclusion of this litigation.

STIPULATED AND AGREED TO:

/s/Judith A Ronzio
Associate City Counselor
Attorney for Defendant City
Room 314 City Hall
St. Louis, MO 63103

/s/Althea P. Johns
Law Office of Althea P. Johns, P.C.
Attorney for Plaintiffs
225 S. Meramec Ave., Suite 325
St. Louis, MO 63105

/s/Julia R. Engelhardt
Diekemper & Hammond
Attorney for Intervenor Defendants
7730 Carondelet, Suite 200
St. Louis, MO 63105

Respectfully submitted,

PATRICIA A. HAGEMAN, CITY COUNSELOR

/s/ Judith A. Ronzio, #7301
Associate City Counselor
Attorney for Defendant
Room 314 City Hall
St. Louis, MO 63103
622-3361

## Certificate of Service

I hereby certify that on the 22nd of November, 2005 the foregoing was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon the following:

Althea P. Johns at altheajohns@aol.com
Julia R. Engelhardt at jengelhardt@dhstl.com
Nancy R. Kistler at kistler@stlouiscity.com

/s/Judith A. Ronzio

3