UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADDINGTON STEWART, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:04CV885 RWS |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In accordance with today's hearing,

**IT IS HEREBY ORDERED** that the trial date is postponed until further notice from the Court.

**IT IS FURTHER ORDERED** that the pretrial hearing is cancelled.

**IT IS FURTHER ORDERED** that Defendant's and Intervenor's motion for summary judgment shall be filed no later than **April 18, 2006**. Any response brief is due no later than **May 8, 2006**, and any reply brief is due no later than **May 15, 2006**.

Dated this 10th day of April, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE