UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADDINGTON STEWART, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:04CV885 RWS |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| PAUL E. DAVIS, et al., | ) |
| | ) |
| Intervenors. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on Defendants' motion to dismiss and several motions in limine. The motions are moot and shall be denied.

In my Memorandum and Order dated June 9, 2006, I resolved the issues raised in Defendants' motion to dismiss. As a result, it will be denied with prejudice.

Due to subsequent motion practice, the motions in limine are moot. As a result, they will be denied without prejudice. The motions in limine may be refiled in accordance with any future pretrial order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss [#120] is **DENIED** with prejudice.

**IT IS FURTHER ORDERED** that Defendants' motions in limine [##122, 124, 126, 128, 130, 132, 134, 136, 152] are **DENIED** without prejudice.

Dated this 5th day of July, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE