UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ADDINGTON STEWART, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:04CV885 RWS |
| | ) | |
| CITY OF ST. LOUIS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAUL E. DAVIS, et al., | ) | |
| | ) | |
| Intervenors. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a status conference will be held on **September 14, 2006 at 12:30 p.m.** in Courtroom 10 South.

Dated this 28th Day of August, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE