UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADDINGTON STEWART, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:04CV00885 RWS |
| ) | |
| CITY OF ST. LOUIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| and ) | |
| ) | |
| PAUL E. DAVIS, et al., ) | |
| ) | |
| Intervenors. ) | |

## **JUDGMENT**

Pursuant to the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment shall be entered in favor of Defendant City of St. Louis.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of May, 2007.