| Vendor # | Name | Voucher # | Invoice # | Inv Date | Inv Amount | Date Paid | Amount Paid | Check Number | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 1319M | Susan Moran | | | 022307 | 237.38 | 022307 | 237.38 | 42215-1 | 638 |
| | transcript Stewart v City of St. Louis | | | | | | | | |
| 1319M | Gary Bond | | | 022307 | 278.05 | 022307 | 278.05 | 42216-1 | 639 |
| | transcript Stewart v City of St. Louis | | | | | | | | |
| 1319M | Shannon L. White | | 07-011 | 022307 | 541.99 | 022307 | 541.99 | 42214-1 | 637 |
| | transcript Stewart v City of St. Louis | | | | | | | | |
| | | Vendor Totals | | | 1057.42 | | 1057.42 | | |
| | | Grand Totals | | | 1057.42 | | 1057.42 | | |

# INVOICE

## Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Tel. 314-644-2191
Fax 314-644-1334

pd 7/20

**Bill To:** Julia Engelhardt
Diekemper Hammond & Shinners Turcotte & Larrew
7730 Carondelet Ave

Ste 200
Clayton, MO 63105

**Invoice #:** STL2307
**Invoice Date:** 06/17/2005
**Balance Due:** $ 163.50

**Case #:** 04CV885RWS

| | |
|---|---|
| **Case:** | Addington Stewart v. St Louis Firefighters Association |
| **Job #:** | 1839 \| Job Date: 5/31/2005 \| Delivery: Normal |
| **Billing Atty:** | Julia Engelhardt |
| **Location:** | City Counselor's Office |
| | 1200 Market St \| Room 314 City Hall \| St Louis, MO 63103 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gary Gebhart | Transcript - copy/copies | Page | 102.00 | $1.50 | $153.00 |
| 2 | | Exhibits | Per pag | 5.00 | $0.40 | $2.00 |
| 3 | | Shipping - Messenger service | 1 | 1.00 | $8.50 | $8.50 |

**Notes:**

**Invoice Total:** $163.50
**Payment:**
**Credits:**

Fed. Tax ID: 20-2028977     Term: Due Upon Receipt     **Balance Due:** $163.50

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

In Account With:

Carol B. Primo  
P.O. Box 2227  
St. Louis, MO 63109  
(314) 481-8616

November 7, 2005

Employer I.D.# 43-1458086

Diekemper Hammond  
7730 Carondelet, Suite 200  
Clayton, MO 63105  
ATTN: Jerry Diekemper, Esq.

IN RE: ADDINGTON STEWART, et al. VS. CITY OF ST. LOUIS  
Cause No. 4:04CV00885RWS, Deposition of  
GERALD V. BARRETT, Ph.D., J.D. Taken October 12, 2005.

    1 Copy, 59 Pages                                    $123.90  
    Condensed Transcript/Delivery Service         40.00  
                                               TOTAL     $163.90

DEBRA BURRIS, Reporter

---

Please Return Invoice With Payment To Ensure Proper Credit



In Account With:

Carol B. Primo  
P.O. Box 2227  
St. Louis, MO 63109  
(314) 481-8616

November 7, 2005

Employer I.D.# 43-1458086

State of Missouri Attorney General's Office  
720 Olive Street, Suite 2000  
St. Louis, MO 63101  
ATTN: Joe Diekemper, Esq.

IN RE: ADDINGTON STEWART, et al. VS. THE CITY OF ST. LOUIS,  
MISSOURI, et al. Cause No. 4:04CV885RWS, Deposition of  
GERALD V. BARRETT, Ph.D., J.D., PART II,  
taken October 12, 2005, 2005.

    1 Copy, 59 Pages                                   $123.90  
    Condensed Transcript/Delivery Services      40.00  
                                               TOTAL    $163.90

RECEIVED NOV 10 2005 MO. ATTORNEY GENERAL

DEBRA BURRIS, Reporter