# INVOICE

**Midwest Litigation Services**
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Tel. 314-644-2191
Fax 314-644-1334

**Bill To:** Jerome Diekemper
Diekemper Hammond & Shinners Turcotte & Larrew
7730 Carondelet Ave
Ste 200
Clayton, MO 63105

**Invoice #:** STL8171
**Invoice Date:** 10/21/2005
**Balance Due:** $ 496.35

**Case #:** 4:04CV885

**Case:** Addington Stewart v. City of St. Louis, et al
**Job #:** 6914 | **Job Date:** 10/11/2005 | **Delivery:** Normal
**Billing Atty:** Jerome Diekemper
**Location:** City of St. Louis
Room 314 City Hall | 1200 Market St | St. Louis, MO 63103

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gerald V Barrett PhD JD | Transcript - copy/copies | Page | 233.00 | $1.85 | $431.05 |
| 2 | | Exhibits | Per page | 142.00 | $0.40 | $56.80 |
| 3 | | Shipping - Messenger service | 1 | 1.00 | $8.50 | $8.50 |

**Notes:**

**Invoice Total:** $496.35
**Payment:**
**Credits:**
**Balance Due:** $496.35

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #: _____  Exp. Date: _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL8171
**Job #:** 6914
**Invoice Date:** 10/21/2005
**Balance:** $ 496.35

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

# INVOICE

**Midwest Litigation Services**
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Tel. 314-644-2191
Fax 314-644-1334

**Bill To:** Jerome Diekemper
Diekemper Hammond & Shinners Turcotte & Larrew
7730 Carondelet Ave
Ste 200
Clayton, MO 63105

**Invoice #:** STL9066
**Invoice Date:** 11/11/2005
**Balance Due:** $ 291.15

**Case #:** 4:04CV885

**Case:** Addington Stewart v. City of St. Louis, et al
**Job #:** 6915 | **Job Date:** 10/14/2005 | **Delivery:** Normal
**Billing Atty:** Jerome Diekemper
**Location:** City of St. Louis
Room 314 City Hall | 1200 Market St | St. Louis, MO 63103

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Richard Jacobs PhD | Transcript - copy/copies | Page | 145.00 | $1.85 | $268.25 |
| 2 | | Exhibits | Per page | 36.00 | $0.40 | $14.40 |
| 3 | | Shipping - Messenger service | 1 | 1.00 | $8.50 | $8.50 |

**Notes:**

**Invoice Total:** $291.15
**Payment:**
**Credits:**
**Balance Due:** $291.15

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

*Please tear off stub and return with payment.*

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** STL9066
**Job #:** 6915
**Invoice Date:** 11/11/2005
**Balance:** $ 291.15

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1

In Account With:

Carol B. Primo
P.O. Box 2227
St. Louis, MO 63109
(314) 481-8616

November 22, 2005

Employer I.D.# 43-1458086

Diekemper Hammond
7730 Carondelet, Suite 200
Clayton, MO 63105
ATTN: Jerry Diekemper, Esq.



IN RE: ADDINGTON STEWART, et al. VS. CITY OF ST. LOUIS
Cause No. 4:04CV00885RWS, Deposition of DR. GARY RENZ
taken October 18, 2005.

| | |
|---|---|
| 1 Copy, 388 Pages | $814.80 |
| Condensed Transcript/Photocopy of Exhibits/ | 70.00 |
| Delivery Service          TOTAL | $884.80 |

DEBRA BURRIS, Reporter

Please Return Invoice With Payment To Ensure Proper Credit