# INVOICE

## Midwest Litigation Services
An Affiliate of National Depo

711 North 11th Street
St. Louis, MO 63101
Tel. 314-644-2191
Fax 314-644-1334

**Bill To:** Julia Engelhardt
Diekemper Hammond & Shinners Turcotte & Larrew
7730 Carondelet Ave
Ste 200
Clayton, MO 63105

| | |
|---|---|
| **Invoice #:** | STL11058 |
| **Invoice Date:** | 12/16/2005 |
| **Balance Due:** | $.374.50 |

**Case #:** 404885RWS

| | |
|---|---|
| **Case:** | Addington Stewart v. City of St. Louis, et al |
| **Job #:** | 8843 \| Job Date: 11/30/2005 \| Delivery: Normal |
| **Billing Atty:** | Julia Engelhardt |
| **Location:** | City of St. Louis |
| | Room 314 City Hall \| 1200 Market St \| St. Louis, MO 63103 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Roger McCurley | Transcript - copy/copies | Page | 109.00 | $1.50 | $163.50 |
| 2 | Gary Gebhart | Transcript - copy/copies | Page | 63.00 | $1.50 | $94.50 |
| 3 | Deborah K Dee | Transcript - copy/copies | Page | 72.00 | $1.50 | $108.00 |
| 4 | Deborah K Dee | Shipping - Messenger service | 1 | 1.00 | $8.50 | $8.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $374.50 |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | $374.50 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date

_SIGNATURE (AS IT APPEARS ON CREDIT CARD)_

_PRINT NAME (AS IT APPEARS ON CREDIT CARD)_

_DAYTIME PHONE_

Invoice #: STL11058
Job #: 8843
Invoice Date: 12/16/2005

Balance : $ 374.50

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

# INVOICE

## Midwest Litigation Services
An Affiliate of National Depo

711 North 11th Street
St. Louis, MO 63101
Tel. 314-644-2191
Fax 314-644-1334

**Bill To:** Jerome Diekemper
Diekemper Hammond & Shinners Turcotte & Larrew
7730 Carondelet Ave
Ste 200
Clayton, MO 63105

**Invoice #:** STL11519
**Invoice Date:** 12/29/2005
**Balance Due:** $ 181.00

**Case #:** CV885RWS

---

**Case:** Addington Stewart v. City of St. Louis, et al
**Job #:** 9219 | Job Date: 12/8/2005 | Delivery: Normal
**Billing Atty:** Jerome Diekemper
**Location:** Diekemper Hammond & Shinners Turcotte & Larrew
7730 Carondelet Ave | Ste 200 | Clayton, MO 63105

---

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Paul Davis | Transcript - copy/copies | Page | 43.00 | $1.50 | $64.50 |
| 2 | John W. Fischer | Transcript - copy/copies | Page | 33.00 | $1.50 | $49.50 |
| 3 | Gary Steffens | Transcript - copy/copies | Page | 39.00 | $1.50 | $58.50 |
| 4 | Gary Steffens | Shipping - Messenger service | 1 | 1.00 | $8.50 | $8.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $181.00 |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | $181.00 |

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS : Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

---

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** STL11519
**Job #:** 9219
**Invoice Date:** 12/29/2005

**Balance :** $ 181.00

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1

# INVOICE

## Midwest Litigation Services

An Affiliate of National Depo

711 North 11th Street
St. Louis, MO 63101
Tel. 314-644-2191
Fax 314-644-1334

**Bill To:** Jerome Diekemper
Diekemper Hammond & Shinners Turcotte & Larrew
7730 Carondelet Ave
Ste 200
Clayton, MO 63105

**Invoice #:** STL11579
**Invoice Date:** 12/29/2005
**Balance Due:** $ 171.30

**Case #:** CV885RWS

| | |
|---|---|
| **Case:** | Addington Stewart v. City of St. Louis, et al |
| **Job #:** | 9218 | Job Date: 12/5/2005 | Delivery: Normal |
| **Billing Atty:** | Jerome Diekemper |
| **Location:** | Diekemper Hammond & Shinners Turcotte & Larrew |
| | 7730 Carondelet Ave | Ste 200 | Clayton, MO 63105 |

| Item | Witness | Description | Units | Qty. | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Wayne Killingsworth | Transcript - copy/copies | Page | 38.00 | $1.50 | $57.00 |
| 2 | Gail Simmons | Transcript - copy/copies | Page | 35.00 | $1.50 | $52.50 |
| 3 | Gail Simmons | Exhibits | Per page | 2.00 | $0.40 | $0.80 |
| 4 | Gail Simmons | Shipping - Messenger service | 1 | 1.00 | $8.50 | $8.50 |
| 5 | Dan Sutter | Transcript - copy/copies | Page | 35.00 | $1.50 | $52.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $171.30 |
| Payment: | |
| Credits: | |
| Balance Due: | $171.30 |

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** STL11579
**Job #:** 9218
**Invoice Date:** 12/29/2005

**Balance :** $ 171.30

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743